IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ALTON HAMILTON,

    Petitioner,

v.                                                     Case No. 1:21-cv-207-AW-ZCB

SECRETARY, DEP'T OF
CORRECTIONS,

    Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner Alton Hamilton sought § 2254 relief. The magistrate judge submitted a report and recommendation concluding the court should deny the petition. ECF No. 11. Hamilton has filed no objections to the report and recommendation.[1]

Having carefully considered the matter, I conclude the report and recommendation should be adopted, and I now incorporate it into this order. The clerk will enter a judgment that says, "The § 2254 petition is denied." A certificate of appealability is DENIED.

The clerk will close the file.

---

[1] The docket notes that the mailed copy of the report and recommendation was returned as undeliverable. ECF No. 12. The clerk was unable to find an alternative address. It was Hamilton's responsibility to keep the clerk apprised of his address change.

1

SO ORDERED on December 30, 2024.

                                                               s/ *Allen Winsor*
                                                               United States District Judge